456 A.2d 1106

Motorola, Inc. v. Fuel Co., Appellant.

Argued April 7, 1982.

Dennis L. Friedman, for appellant; Robert Cherwony, for appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.